TIMOTHY P. JOHNSON (BAR NO. 66333)
BARRON & NEWBURGER, P.C.
1970 OLD TUSTIN AVENUE, SECOND FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 832-1170
FACSIMILE: (714) 832-1179
E-MAIL: tjohnson@bn-lawyers.com

Attorneys for Defendant CACH OF NJ, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIA M. PADILLA, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>CACH OF NJ, LLC, a Colorado limited liability company; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.  CV15-06361 PSG (AFMx)<br><br>**STIPULATION TO DISMISS ACTION** |

IT BEING HEREBY STIPULATED by and between the parties to this action through their counsel of record that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1) as a result of the settlement of this case between Plaintiff and Defendant CACH OF NJ, LLC, the parties jointly move this court to dismiss this action in its entirety and all claims asserted therein with prejudice.

Dated:  December 16, 2015

By:_____/s/Aidan W. Butler_____
AIDAN W. BUTLER
Attorneys for Plaintiff
DELIA M. PADILLA

Dated:  December 16, 2015

**BARRON & NEWBURGER, P.C.**

By:_____/s/ Timothy Johnson_____
TIMOTHY P. JOHNSON
Attorneys for Defendant
CACH OF NJ, LLC

BARRON & NEWBURGER, P.C.

STIPULATION TO DISMISS ACTION                    Case No.  CV15-06361 PSG (AFMx)

BARRON & NEWBURGER, P.C.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Padilla v. CACH OF NJ, LLC, et al.*
**USDC, Case No. CV15-06361-PSG (AFMx)**


### <u>CERTIFICATE OF SERVICE</u>

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1970 Old Tustin Avenue, Second Floor, Santa Ana, CA  92705.

On December 16, 2015, I served a true copy of **STIPULATION TO DISMISS ACTION AND PROPOSED ORDER** on all interested parties in this action by:

[   ]   By personally delivering it to the person(s) indicated below in the manner as provided in FRCP 5(B);

[   ]   By depositing it in the United States mail in a sealed envelope with the postage thereon fully prepaid to the following:

[   ]   By overnight delivery using an envelope or package provided by the overnight service carrier and addressed to the following:

[ X ]   By ECF:  On this date, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following:

Aidan W. Butler, Esq.
3550 Wilshire Blvd., Suite 1924
Los Angeles, CA  90010

I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**EXECUTED** on December 16, 2015 at Santa Ana, California.


_____/s/Timothy Johnson_____
TIMOTHY P. JOHNSON

STIPULATION TO DISMISS ACTION                    Case No.  CV15-06361 PSG (AFMx)